## 49975. CONTINENTAL NATIONAL AMERICAN GROUP v. JERNIGAN.

WEBB, Judge.

There being sufficient competent evidence in this workmen's compensation case to support the award of the board, the judgment of the superior court affirming the award must be affirmed under the "any evidence" rule.

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

SUBMITTED JANUARY 6, 1975 — DECIDED JANUARY 17, 1975.

*Fendig, Dickey, Fendig & Whelchel, Anthony D. Smith,* for appellant.

*Beverly H. Nash,* for appellee.